IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANESHA WALLS BLYE, *et al.*, | No. C 10-2014 SI |
| Plaintiffs, | **ORDER DISMISSING CASE** |
| v. | |
| HON. ALEX KOZINSKI, *et al.*, | |
| Defendants. | |

Plaintiffs, represented by Joseph Robert Giannini, filed this action on May 5, 2010. This case challenges federal district court local rules that preclude attorneys admitted to practice before sister district courts from general admission. Mr. Giannini is subject to a pre-filing order issued by the Court in *Paciulan v. George*, C 98-1201 SI. That pre-filing order states:

> Joseph R. Giannini is hereby ENJOINED from filing any further actions, either as an attorney or a party, in the United States District Court for the Northern District of California, regarding admission to and the regulation of the practice of law in the State of California without first obtaining leave of the Chief Judge of this court. If Giannini wishes to file further actions regarding admission to and the regulation of practice of law in California, Giannini must attach a copy of this order to his application for leave to file such actions and supply a declaration supporting the application stating: (1) that the matters asserted in the new action have not previously been raised by him, as an attorney or a party, and disposed of on the merits by any court, state or federal; (2) that the claims are not frivolous or made in bad faith; and (3) that Giannini has conducted a reasonable investigation of the facts and certifies that they are accurate. Failure to comply with any of these conditions shall be sufficient grounds to deny the application or dismiss the action, and any violation of this injunction may be treated as contempt of court.

*Paciulan v. George*, 38 F. Supp. 2d 1128, 1147 (N.D. Cal. 1999).

By letter dated March 9, 2010, Mr. Giannini applied for leave to file this case. Docket No. 98 in C 98-1201 SI. In an order filed April 2, 2010, Chief Judge Walker denied Mr. Giannini's application. Docket No. 99 in C 98-1201 SI.

Accordingly, the Court finds that this case was filed in violation of the *Paciulan* pre-filing order and Chief Judge Walker's April 2, 2010 order. This case is DISMISSED. All pending motions are DENIED AS MOOT. No further filings shall be accepted in this case.

**IT IS SO ORDERED.**

Dated: September 7, 2010

SUSAN ILLSTON
United States District Judge