IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANESHA WALLS BLYE, *et al.*, | No. C 10-2014 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| HON. ALEX KOZINSKI, *et al.*, | |
| Defendants. | |

This case was filed in violation of a pre-filing order and Chief Judge Walker's order denying leave to file this case. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 7, 2010

SUSAN ILLSTON
United States District Judge